IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TAMEKA TURNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-0615-N |
| | § | |
| CITY OF DALLAS, TEXAS., | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

By separate Order of this same date, the Court grants Defendant City of Dallas's motion to dismiss for failure to state a claim [12]. Accordingly, it is ordered that Plaintiff Tameka Turner takes nothing by her claims in this case and that those claims are dismissed with prejudice. All relief not expressly granted is denied. Court costs are taxed against Plaintiff Turner. This is a final judgment.

Signed December 19, 2023.

David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – SOLO PAGE